
# OKLAHOMA
### State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY,</u> OKLAHOMA

| | |
|---|---|
| TACESIA THOMAS, AS PARENT AND NEXT FRIEND OF "TR", A MINOR CHILD,<br>　　　Plaintiff,<br>v.<br><br>INDEPENDENT SCHOOL DISTRICT NO. I-81 OF OKLAHOMA COUNTY, STATE OF OKLAHOMA, A/K/A EDWARDS ELEMENTARY SCHOOL;<br>JANE DOE, A/K/A MS. WILLIAMS, INDIVIDUALLY, AND AS THE TEACHER OF EDWARDS ELEMENTARY SCHOOL<br>OF THE OKLAHOMA CITY PUBLIC SCHOOL DISTRICT,<br>　　Defendant. | **No. CJ-2020-475**<br>**(Civil relief more than $10,000: NEGLIGENCE (GENERAL))**<br><br>Filed: 01/27/2020<br><br><br>Judge: Truong, Cindy H. |

## PARTIES

Independent School District No I-81 Of Oklahoma County, Defendant
Thomas,  Tacesia, Plaintiff

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| BONZIE,  E.  ED (Bar #15190)<br>8201 S. WALKER<br>OKC, OK 73139 | Thomas,   Tacesia |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Exhibit 2 - District Court Docket Sheet

**Issue # 1.** Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed By: Thomas, Tacesia
Filed Date: 01/27/2020

| Party Name | Disposition Information |
| --- | --- |
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
| --- | --- | --- | --- | --- | --- |
| 01-27-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 01-27-2020 | NEGL | NEGLIGENCE (GENERAL) | | | |
| 01-27-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 01-27-2020 | PFE1 | PETITION | | | $ 163.00 |
| 01-27-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 01-27-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 01-27-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 01-27-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 01-27-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 01-27-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 01-27-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 01-27-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 01-27-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 01-27-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 01-27-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 01-27-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 01-27-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 01-27-2020 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 01-27-2020 | SMF | SUMMONS FEE | | | $ 20.00 |

Exhibit 2 - District Court Docket Sheet

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 01-27-2020 | P | PETITION<br>Document Available (#1046008796) 📄TIFF   📄PDF | | | |
| 01-27-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TRUONG, CINDY H. TO THIS CASE. | | | |
| 01-27-2020 | ACCOUNT | RECEIPT # 2020-4754299 ON 01/27/2020.<br>PAYOR: E ED BONZIE PC TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2020-475: $183.00 ON AC01 CLERK FEES.<br>CJ-2020-475: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-475: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-475: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-475: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-475: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-475: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-475: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-475: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-475: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2020-475: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2020-475: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |

Exhibit 2 - District Court Docket Sheet